NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOURDES M. MADDEN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7152

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1464, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

The court construes Lourdes M. Madden's "Overdue Informal Brief of Appellant," received November 2, 2012, as a motion to reinstate her appeal.

This appeal was dismissed on October 5, 2012, for failure to file a brief. Madden has filed her informal brief with her current submission.

LOURDES MADDEN v. SHINSEKI                                                    2

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.   The court's October 5, 2012 dismissal order is vacated, the mandate is recalled, and the appeal is reinstated.

(2) The Secretary's brief is due no later than 40 days from the date of this order.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk


s25